Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUE STAR ELECTRONICS, LLC, a Nevada limited liability company; and LOUIS SARKIS, an individual,<br><br>Defendants. | Case No. 13-cv-3708 CRB<br><br>STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT AND TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DATES; ORDER |

Pursuant to Civil Local Rule 6-2, Plaintiff Microsoft Corporation and Defendants Blue Star Electronics, LLC, a Nevada limited liability company and Louis Sarkis, an individual (collectively "Defendants") jointly request an order to continue Defendants' time to respond to the Complaint until November 8, 2013, and to continue the Case Management Conference currently scheduled for November 8, 2013, to December 13, 2013.

Good cause exists for the continuance because the parties are actively discussing settlement and the requested time will give the parties the opportunity to determine if the case can be resolved without incurring additional fees and costs.

On September 16, 2013 the parties filed a Stipulation to Extend Defendants' Time to Respond to Initial Complaint. [Doc. #13.] Pursuant to the Stipulation, Defendants' had until October 8th to respond to the Complaint. However, since that time the parties have been actively involved in settlement discussions and in order to allow time for the parties to determine if early settlement is possible, and to avoid the expenses involved with filing a response to the Complaint and complying with the deadlines related to the Case Management Conference, the parties request that Defendants' time to respond to the Complaint be extended further to November 8, 2013. The parties further request that the Case Management Conference be continued from November 8, 2013 to December 13, 2013 and that the deadline for the parties to file a Joint Case Management Report be continued from November 1, 2013 to December 6, 2013.

**IT IS SO STIPULATED**

DATED: October __, 2013                    PERKINS COIE LLP

                                           _____
                                           By:  Katherine M. Dugdale
                                           Attorneys for Plaintiff
                                           MICROSOFT CORPORATION

DATED: October __, 2013                    BLUE STAR ELECTRONICS, LLC, a Nevada
                                           limited liability company; and LOUIS SARKIS, an
                                           individual

                                           _____
                                           By:  Louis Sarkis

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:**

Defendants time to respond to the Complaint is extended until November 8, 2013 and the Case Management Conference is continued from November 8, 2013, at 8:30 a.m., to December 13, 2013, at 8:30 a.m., and the Joint Case Management Report shall be served on or before December 6, 2013.

DATED: October 31, 2013



_____
Honorable Charles R. Breyer
United States District Court Judge

41826-5600.0071/LEGAL28171703.1   -3-   STIP. TO EXT. DEF.S' TIME TO RESPOND TO COMPL. AND TO CONT. CASE MANAGEMENT CONF., CASE NO. 13-cv-3708 CRB