Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUE STAR ELECTRONICS, LLC, a Nevada limited liability company; and LOUIS SARKIS, an individual,<br><br>Defendants. | Case No. 13-cv-3708 CRB<br><br>ORDER RE STIPULATED PERMANENT INJUNCTION |

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that defendants Blue Star Electronics, LLC, a Nevada limited liability company, and Louis Sarkis, an individual, (collectively "Defendants") along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

      (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items

1  protected by Microsoft's registered trademarks and service mark, including, but not limited to, the
2  following Trademark Registration Nos.:
3      (1)    1,200,236 ("MICROSOFT");
4      (2)    1,256,083 ("MICROSOFT");
5      (3)    1,872,264 ("WINDOWS");
6      (4)    2,744,843 (COLORED FLAG DESIGN);
7  or the software programs, components, EULA, items or things protected by the following
8  Certificate of Copyright Registration No.:
9      (1)    TX 5-407-055 ("Windows XP");
10  and any other works now or hereafter protected by any of Microsoft's trademarks or
11  copyrights;
12      (b)    manufacturing, assembling, producing, distributing, offering for
13  distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying
14  any software program, component, EULA, item or thing bearing any simulation, reproduction,
15  counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service
16  mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in
17  Paragraph (a) above;
18      (c)    using any simulation, reproduction, counterfeit, copy, or colorable
19  imitation of Microsoft's registered trademarks or service mark including, but not limited to, the
20  Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with
21  the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement,
22  promotion, or display of any software, component, EULA, item or thing not authorized or
23  licensed by Microsoft;
24      (d)    using any false designation of origin or false description which can or is
25  likely to lead the trade or public or individuals erroneously to believe that any software,
26  component, EULA, item, or thing has been manufactured, produced, distributed, offered for
27  distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or
28  for Microsoft, when such is in fact not true;

1  (e)  engaging in any other activity constituting an illegal distribution of any
2  Microsoft software, component, EULA, COA, item, or thing and/or constituting an infringement
3  of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or
4  right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any
5  illegal dilution of Microsoft's name, reputation, or goodwill; and
6  (f)  assisting, aiding, or abetting any other person or business entity in
7  engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

10  **IT IS SO ORDERED.**

13  DATED: January 14, 2014

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

_____
Hon. Charles R. Breyer
United States District Judge

41826-5600.0071/LEGAL29030163.1   -3-   [PROPOSED] ORDER RE STIPULATED PERMANENT INJUNCTION
CASE NO. 13-cv-3708 CRB