Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>BLUE STAR ELECTRONICS, LLC, a Nevada limited liability company; and LOUIS SARKIS, an individual,<br><br>                    Defendants. | Case No. 13-cv-3708 CRB<br><br><br>PLAINTIFF MICROSOFT CORPORATION'S REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER |

          The parties have settled this action and upon entry of the Order re Stipulated Permanent Injunction, and pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Microsoft Corporation hereby requests that the Court dismiss this action, with prejudice, and without costs to any party.  Microsoft further requests that this Court retain jurisdiction to enforce the Permanent Injunction entered by this Court.

Dated:  January 14, 2014                    PERKINS COIE LLP

                                                            /s/    Katherine M. Dugdale
                                                            By:  Katherine M. Dugdale
                                                            Attorneys for Plaintiff
                                                            MICROSOFT CORPORATION

1

**ORDER**

2

    **IT IS SO ORDERED THAT:**

3

    Pursuant to the Request for Dismissal and Rule 41(a)(2) of the Federal Rules of Civil

4

Procedure, and good cause appearing, this action is dismissed with prejudice, with each party to

5

bear its own costs.  This Court shall retain jurisdiction to enforce the Permanent Injunction

6

entered by this Court.

7

8

DATED:    January 15, 2014

9

    Honorable

    United States District Judge



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28